IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHRYN BLAIR, Individually and | ) | |
| Administrator of Michael K. Wright | ) | |
| Deceased, et al | ) | |
| | ) | |
| V. | ) | 3-08-CV-127-M |
| | ) | |
| ALFONSO CARDENAS, ET AL | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Defendant Alfonso Cardenas, MD, be, and he is hereby DISMISSED without prejudice pursuant to Rule 4(m).

SO ORDERED this 21st day of August, 2008.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS