IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATHRYN BLAIR, Individually and Administrator of Michael K. Wright, Deceased, et al., <br>     Plaintiffs, <br><br> v. <br><br> ALFONSO CARDENAS, M.D., et al., <br>     Defendants. | 3:08-CV-0127-M |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., Findings, Conclusions and a Recommendation in this case on August 12, 2008 and additional Findings, Conclusions and Recommendation on September 4, 2008. No objections were filed. The District Court reviewed both proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts both the August 12, 2008 and September 4, 2008 Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 25th day of September, 2008

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS